**No. 65089.**—M. Farris & Co., Inc. *v.* United States, protest 60/4914(A) (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 65090.**—Fabius & Co., Inc. *v.* United States, protest 60/6707(B) (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 65091.**—Norwegian Frozen Fish, Ltd. *v.* United States, protests 60/8323 and 60/9192 (New York).

Opinion by WILSON, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 26, 1961

**No. 65092.**—United China & Glass Co. et al. *v.* United States, protests 294133–K, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.

**No. 65093.**—Atalanta Products Corp. *v.* United States, protest 60/6504 (New York).

Opinion by JOHNSON, J. At the trial, the case was submitted upon the record and the supplemental report of the protest reviewer, which report indicated that a greater allowance should have been accorded the merchandise. In view of the record presented, it was held that 1,563 cases of 5-pound tins of ham are dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the invoice weight, less an allowance for gelatinous content equal to 12 percent of the assessed weight, or a net weight of 41,254 pounds subject to duty, and that the total dutiable weight of the entire importation is 395,955 pounds.